**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JOHN T. YOERGER,<br><br>                Plaintiff,<br><br>   v.<br><br>AMAZON WEB SERVICES, INC., a Delaware corporation subsidiary of Amazon Inc.; ENRIQUE DUVIOS, an individual; ROMAIN JORDAN, an individual; FELIPE LEMAITRE an individual; ALI SPITTEL an individual; and HAN LAI, an individual,<br><br>                Defendant. | Case No. 2:25-cv-02536<br><br>**DECLARATION OF MATT JEDRESKI IN SUPPORT OF AMAZON WEB SERVICES, INC.'S NOTICE OF REMOVAL** |

I, Matt Jedreski, have personal knowledge of the facts described below, am competent to make this Declaration, and declare as follows:

1. I am over the age of 18 and state the following based on my personal knowledge.

2. I am an attorney at the law firm of Davis Wright Tremaine LLP, legal counsel for Defendant Amazon Web Services, Inc. ("Amazon") in this action. I am licensed to practice law in the State of Washington.

3. I make this Declaration in support of Amazon's Notice of Removal under 28 U.S.C. §§ 1332, 1441, and 1446. I am also counsel for Amazon in the civil action currently pending in the Washington Superior Court, in and for the County of King, and entitled *Yoerger v. Amazon Web Services, Inc., et al.*, Case No. 25-2-29550-8 SEA ("State Court Action").

DECLARATION OF MATT JEDRESKI IN SUPPORT
OF AMAZON WEB SERVICES, INC.'S NOTICE OF REMOVAL - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

4. According to the docket in the State Court Action, on October 7, 2024, Plaintiff John T. Yoerger filed a complaint in the State Court Action (the "Complaint").

5. According to the proof of service filed by Plaintiff, Plaintiff served Amazon with the Complaint on November 12, 2025. The Complaint raised multiple causes of action arising under federal statutory law. The Complaint is attached to the Notice of Removal.

6. Pursuant to 28 U.S.C. § 1446(d), Amazon will file a copy of its Notice of Removal to Federal Court with the King County Superior Court attached to a pleading entitled "Notice to Plaintiff of Defendants' Notice of Removal to Federal Court." This will give notice of this removal to the State Court. Amazon will provide notice to the adverse party via King County Superior Court's ECF e-service notification system.

7. Attached hereto as **Exhibit A** are true and correct copies of the original Summonses and Complaint filed on October 7, 2025, in the State Court Action.

8. Attached hereto as **Exhibit B** is a true and correct copy of the Complaint filed on October 7, 2025, in the State Court Action.

9. Attached hereto as **Exhibit C** is a true and correct copy of the Notice of Service of Process dated November 12, 2025.

10. Attached hereto as **Exhibit D** are true and correct copies of the remaining filings on the docket in the State Court Action: The Order Setting Civil Case Schedule, filed on October 7, 2025; the Case Information Cover Sheet and Area Designation, filed on October 7, 2025; and the Notice of Appearance on behalf of Amazon Web Services, Inc., filed on November 20, 2025.

I declare the foregoing is true and correct to the best of my knowledge under penalty of perjury of the laws of the United States.

DATED this 11th day of December, 2025.

By */s/ Matt Jedreski*

Matt Jedreski, WSBA #50542
mjedreski@dwt.com

DECLARATION OF MATT JEDRESKI IN SUPPORT
OF AMAZON WEB SERVICES, INC.'S NOTICE OF REMOVAL - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax