# EXHIBIT C



null / ALL
**Transmittal Number: 32694134**
**Date Processed: 11/14/2025**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Vivian Ching<br>Amazon.Com, Inc.<br>440 Terry Ave N<br>Seattle, WA 98109-5210 |
| **Electronic copy provided to:** | Kimberly Thomas<br>Theresa Nixon<br>Karen Curtis<br>Lacy O'Block<br>Marchand Waldal<br>Lizette Fernandez<br>Lynn Foley-Jefferson<br>Maria Catana<br>Stephanie Habben |

| | |
|---|---|
| **Entity:** | Amazon Web Services, Inc.<br>Entity ID Number  2684737 |
| **Entity Served:** | Amazon Web Services, Inc. |
| **Title of Action:** | John T. Yoerger vs. Amazon Web Services, Inc., A Delaware Corporation Subsidiary of Amazon Inc |
| **Matter Name/ID:** | John T. Yoerger vs. Amazon Web Services, Inc., A Delaware Corporation Subsidiary of Amazon Inc (18200344) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Discrimination |
| **Court/Agency:** | King County Superior Court, WA |
| **Case/Reference No:** | 25-2-29550-8 SEA |
| **Jurisdiction Served:** | Washington |
| **Date Served on CSC:** | 11/12/2025 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Knight Legal PLLC<br>253-656-4475 |
| **Client Requested Information:** | Amazon Case Type: Employment Litigation |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com