# EXHIBIT D

ØŠÒÖ
ĠœĠÁ̀ÔVÁ̃ Á̃GḢ̃Á̃T
SŒÕÁ́ÕUW̃VÝ
ÙŴÚÒÜ̃ŴÜ̃Ü̃WÜ̃VÁ̃ŠÒÜS
Ò̃ŠÒÖ
ÔŒÜÒ̃Á̃Ŵ̃Ġ̃ÉĠ̃ĠÍÍ Í̃Á́ÙÒŒ

### IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
### FOR THE COUNTY OF KING

| | |
|---|---|
| JOHN YOERGER | No. 25-2-29550-8  SEA |
| Plaintiff(s) | **ORDER SETTING CIVIL CASE SCHEDULE** |
| vs | **ASSIGNED JUDGE: Jason Poydras, Dept. 18** |
| AMAZON WEB SERVICES INC. | FILED DATE: 10/07/2025 |
| Defendant(s) | TRIAL DATE:10/12/2026 |

A civil case has been filed in the King County Superior Court and will be managed by the Case Schedule on Page 3 as ordered by the King County Superior Court Presiding Judge.

### I.  NOTICES

**NOTICE TO PLAINTIFF:**
The Plaintiff may serve a copy of this **Order Setting Case Schedule (*Schedule*)** on the Defendant(s) along with the ***Summons and Complaint/Petition.***  Otherwise, the Plaintiff shall serve the *Schedule* on the Defendant(s) within 10 days after the later of: (1) the filing of the ***Summons and Complaint/Petition*** or (2) service of the Defendant's first response to the ***Complaint/Petition***, whether that response is a ***Notice of Appearance***, a response, or a Civil Rule 12 (CR 12) motion.  The ***Schedule*** may be served by regular mail, with proof of mailing to be filed promptly in the form required by Civil Rule 5 (CR 5).

**NOTICE TO ALL PARTIES:**
All attorneys and parties should make themselves familiar with the King County Local Rules [*KCLCR*] -- especially those referred to in this ***Schedule***. In order to comply with the ***Schedule***, it will be necessary for attorneys and parties to pursue their cases vigorously from the day the case is filed. For example, discovery must be undertaken promptly in order to comply with the deadlines for joining additional parties, claims, and defenses, for disclosing possible witnesses [*See KCLCR 26*], and for meeting the discovery cutoff date [*See KCLCR 37(g)*].

**You are required to give a copy of these documents to all parties in this case.**

**I. NOTICES (continued)**

**CROSSCLAIMS, COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS:**
A statuary filing fee must be paid when any answer that includes additional claims is filed in an existing case.

**KCLCR 4.2(a)(2)**
A Confirmation of Joinder, Claims and Defenses or a Statement of Arbitrability must be filed by the deadline in the schedule. The court will review the confirmation of joinder document to determine if a hearing is required. If a Show Cause order is issued, all parties cited in the order must appear before their Chief Civil Judge.

**PENDING DUE DATES CANCELED BY FILING PAPERS THAT RESOLVE THE CASE:**
When a final decree, judgment, or order of dismissal of <u>all parties and claims</u> is filed with the Superior Court Clerk's Office, and a courtesy copy delivered to the assigned judge, all pending due dates in this *Schedule* are automatically canceled, including the scheduled Trial Date. It is the responsibility of the parties to 1) file such dispositive documents within 45 days of the resolution of the case, and 2) strike any pending motions by notifying the bailiff to the assigned judge.

Parties may also authorize the Superior Court to strike all pending due dates and the Trial Date by filing a *Notice of Settlement* pursuant to KCLCR 41, and forwarding a courtesy copy to the assigned judge. If a final decree, judgment or order of dismissal of <u>all parties and claims</u> is not filed by 45 days after a *Notice of Settlement*, the case may be dismissed with notice.

**If you miss your scheduled Trial Date**, the Superior Court Clerk is authorized by KCLCR 41(b)(2)(A) to present an *Order of Dismissal*, without notice, for failure to appear at the scheduled Trial Date.

**NOTICES OF APPEARANCE OR WITHDRAWAL AND ADDRESS CHANGES:**
*All parties to this action must keep the court informed of their addresses.* When a Notice of Appearance/Withdrawal or Notice of Change of Address is filed with the Superior Court Clerk's Office, parties must provide the assigned judge with a courtesy copy.

**ARBITRATION FILING <u>AND</u> TRIAL DE NOVO POST ARBITRATION FEE:**
A Statement of Arbitrability must be filed by the deadline on the schedule **if the case is subject to mandatory arbitration** and service of the original complaint and all answers to claims, counterclaims and crossclaims have been filed. If mandatory arbitration is required after the deadline, parties must obtain an order from the assigned judge transferring the case to arbitration. **Any party filing a Statement must pay a statutory arbitration fee**. If a party seeks a trial de novo when an arbitration award is appealed, a statutory fee must be paid and the request for trial de novo must be filed with the Clerk's Office Cashiers.

**NOTICE OF NON-COMPLIANCE FEES:**
**All** parties will be assessed a fee authorized by King County Code 4A.630.020 whenever the Superior Court Clerk must send notice of non-compliance of schedule requirements <u>and/or</u> Local Civil Rule 41.

**King County Local Rules are available for viewing at <u>www.kingcounty.gov/courts/clerk.</u>**

## II. CASE SCHEDULE

| * | CASE EVENT | EVENT DATE |
|---|---|---|
|   | Case Filed and Schedule Issued. | 10/07/2025 |
| * | Last Day for Filing Statement of Arbitrability without a Showing of Good Cause for Late Filing [*See KCLMAR 2.1(a) and Notices on Page 2*]. **$250 arbitration fee must be paid** | 03/17/2026 |
| * | **DEADLINE** to file Confirmation of Joinder if not subject to Arbitration [*See KCLCR 4.2(a) and Notices on Page 2*]. | 03/17/2026 |
|   | **DEADLINE** for Hearing Motions to Change Case Assignment Area [*KCLCR 82(e)*]. | 03/31/2026 |
|   | **DEADLINE** for Disclosure of Possible Primary Witnesses [*See KCLCR 26(k)*]. | 05/11/2026 |
|   | **DEADLINE** for Disclosure of Possible Additional Witnesses [*See KCLCR 26(k)*]. | 06/22/2026 |
|   | **DEADLINE** for Jury Demand [*See KCLCR 38(b)(2)*]. | 07/06/2026 |
|   | **DEADLINE** for a Change in Trial Date [*See KCLCR 40(e)(2)*]. | 07/06/2026 |
|   | **DEADLINE** for Discovery Cutoff [*See KCLCR 37(g)*]. | 08/24/2026 |
|   | **DEADLINE** for Engaging in Alternative Dispute Resolution [*See KCLCR 16(b)*]. | 09/14/2026 |
|   | **DEADLINE**: Exchange Witness & Exhibit Lists & Documentary Exhibits [*KCLCR 4(j)*]. | 09/21/2026 |
| * | **DEADLINE** to file Joint Confirmation of Trial Readiness [*See KCLCR 16(a)(1)*] | 09/21/2026 |
|   | **DEADLINE** for Hearing Dispositive Pretrial Motions [*See KCLCR 56; CR 56*]. | 09/28/2026 |
| * | Joint Statement of Evidence [*See KCLCR 4 (k)*] | 10/05/2026 |
|   | **DEADLINE** for filing Trial Briefs, Proposed Findings of Fact and Conclusions of Law and Jury Instructions (Do not file proposed Findings of Fact and Conclusions of Law with the Clerk) | 10/05/2026 |
|   | Trial Date [*See KCLCR 40*]. | 10/12/2026 |

*The \* indicates a document that must be filed with the Superior Court Clerk's Office by the date shown.*

## III. ORDER

Pursuant to King County Local Rule 4 [*KCLCR 4*], IT IS ORDERED that the parties shall comply with the schedule listed above.  Penalties, including but not limited to sanctions set forth in Local Rule 4(g) and Rule 37 of the Superior Court Civil Rules, may be imposed for non-compliance.  It is FURTHER ORDERED that the party filing this action **must** serve this *Order Setting Civil Case Schedule* and attachment on all other parties.


DATED:     10/07/2025

_____
PRESIDING JUDGE

ØŠÒÖ
GƆÁJÔVƁ ÆƆŒŁ ÁŪT
SƆ‑Õ ÁŪWŀVÝ
ÙWÚ ÒÜ ƆŪ ÁŪWÜ VÁ ÕŠÒÜS
ÒÉƆŠÒÖ
ÔƌÜ ÒÄ WƁ ÉƆÉŬ Í Í Ɓ ÁÚƌ

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON**
**FOR THE COUNTY OF KING**

| | |
|---|---|
| YOERGER | No. 25-2-29550-8  SEA |
| VS | **CASE INFORMATION COVER SHEET AND AREA DESIGNATION** |
| AMAZON WEB SERVICES INC. | (CICS) |

**CAUSE OF ACTION**

EMP - Employment

**AREA OF DESIGNATION**

SEA        Defined as all King County north of Interstate 90 and including all of Interstate 90 right of way, all of the cities of Seattle, Mercer Island, Issaquah, and North Bend, and all of Vashon and Maury Islands.

THE HONORABLE JASON POYDRAS

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

JOHN T. YOERGER,

                        Plaintiff,

        vs.

AMAZON WEB SERVICES, INC., a Delaware
corporation subsidiary of Amazon Inc.;
ENRIQUE DUVIOS, an individual; ROMAIN
JORDAN, an individual; FELIPE LEMAITRE
an individual; ALI SPITTEL an individual; and
HAN LAI, an individual,

                        Defendants.

Case No. 25-2-29550-8 SEA

NOTICE OF APPEARANCE

*(Clerk's Action Required)*

TO:         JOHN T. YOERGER, Plaintiff

AND TO:     PAUL J. BOUDREAUX, Attorney for Plaintiff

        PLEASE TAKE NOTICE that MATTHEW JEDRESKI, SHEEHAN SULLIVAN and

DAVID RUND of Davis Wright Tremaine LLP hereby appear as counsel for Defendant

**AMAZON WEB SERVICES, INC.**, in the above-entitled action and request that all future

papers or pleadings except original process be served upon said attorney at the addresses below

stated.

        ///

        ///

NOTICE OF APPEARANCE - 1
4903-8265-4579v.1 0051461-008065

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1   DATED this 20th day of November, 2025.

2                                        Davis Wright Tremaine LLP
                                         *Attorneys for Defendant AMAZON WEB*
3                                        *SERVICES, INC.*

4

5                                        By */s/ Matthew Jedreski*
                                              */s/ Sheehan Sullivan*
6                                             */s/ David Rund*
                                           Matt Jedreski, WSBA #50542
7                                          Sheehan Sullivan, WSBA #33189
                                           David Rund, WSBA #60862
8                                          920 Fifth Avenue, Suite 3300
                                           Seattle, WA 98104-1610
9                                          P: 206-622-3150
                                           F: 206-757-7700
10                                         Email: mjedreski@dwt.com
                                           Email: sulls@dwt.com
11                                         Email: davidrund@dwt.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF APPEARANCE - 2
4903-8265-4579v.1 0051461-008065

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the document to which this certificate is attached to be

delivered to the following as indicated:

Paul J. Boudreaux, WSBA #49038
Email: lateknightlegal@gmail.com
KNIGHT LEGAL PLLC
PO Box 65367
University Place, WA  98464
P: 253-656-4475
*Attorneys for Plaintiff*

☐  Messenger
☐  U.S. Mail, postage prepaid
☐  Federal Express
☐  Facsimile
☒  Email
☒  ECF

Declared under penalty of perjury under the laws of the state of Washington dated at Seattle,

Washington this 20th day of November, 2025.

*s/ Carol Huerta*
Carol Huerta, Legal Assistant

NOTICE OF APPEARANCE - 3
4903-8265-4579v.1 0051461-008065

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax