**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JOHN T. YOERGER,<br><br>    Plaintiff,<br><br> v.<br><br>AMAZON WEB SERVICES, INC., a Delaware corporation subsidiary of Amazon Inc.; ENRIQUE DUVIOS, an individual; ROMAIN JORDAN, an individual; FELIPE LEMAITRE an individual; ALI SPITTEL an individual; and HAN LAI, an individual,<br><br>    Defendant. | Case No. 2:25-cv-02536<br><br>**VERIFICATION OF STATE COURT RECORDS AND PROCEEDINGS** |

  The undersigned counsel for Defendant Amazon Web Services, Inc. in the above-captioned action herby certify that pursuant to LCR 101(c), the documents comprising the state court record are attached as **Exhibits A-D** to the Declaration of Matt Jedreski in Support of the Notice of Removal and include true and complete copies of all the records and proceedings filed in the state court action, Case No. 25-2-29550-8 SEA in the Superior Court of Washington for King County.

VERIFICATION OF STATE COURT RECORDS
AND PROCEEDINGS - 1

DATED this 11th day of December, 2025.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant Amazon Web Services, Inc.

By */s/ Matthew Jedreski*
  */s/ Sheehan Sullivan*
  */s/ David Rund*
Matt Jedreski, WSBA #50542
Sheehan Sullivan, WSBA #33189
David Rund, WSBA #60862
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
P: 206-622-3150
F: 206-757-7700
Email: mjedreski@dwt.com
Email: sulls@dwt.com
Email: davidrund@dwt.com

VERIFICATION OF STATE COURT RECORDS
AND PROCEEDINGS - 2