1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JOHN T. YOERGER, | |
|                   Plaintiff, | Case No. 2:25-cv-02536 |
|     v. | **CERTIFICATE OF FILING NOTICE OF REMOVAL IN STATE COURT** |
| AMAZON WEB SERVICES, INC., a Delaware corporation subsidiary of Amazon Inc.; ENRIQUE DUVIOS, an individual; ROMAIN JORDAN, an individual; FELIPE LEMAITRE an individual; ALI SPITTEL an individual; and HAN LAI, an individual, | |
|                   Defendant. | |

16
17
18
19

      The undersigned counsel of record for Defendant Amazon Web Services, Inc. hereby certify that on December 11, 2025, counsel caused to be filed a copy of the Notice of Filing Notice of Removal with the Superior Court of Washington, King County, which is the Court from which this action was removed.

20
21
      DATED this 11th day of December, 2025.

22
23
DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant Amazon Web Services, Inc.*

24
25
26
By /s/ Matt Jedreski
    /s/ Sheehan Sullivan
    /s/ David Rund
Matt Jedreski, WSBA #50542
Sheehan Sullivan, WSBA #33189

27

CERTIFICATE OF FILING NOTICE OF REMOVAL IN STATE COURT - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

David Rund, WSBA #60862
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
P: 206-622-3150
F: 206-757-7700
Email: mjedreski@dwt.com
Email: sulls@dwt.com
Email: davidrund@dwt.com

CERTIFICATE OF FILING NOTICE OF REMOVAL IN STATE COURT - 2