# EXHIBIT A

FILED
2025 DEC 11 03:47 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 25-2-29550-8 SEA

The Honorable Jason Poydras

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON**
**FOR THE COUNTY OF KING**

| | |
|---|---|
| JOHN T. YOERGER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON WEB SERVICES, INC., a Delaware corporation subsidiary of Amazon Inc.; ENRIQUE DUVIOS, an individual; ROMAIN JORDAN, an individual; FELIPE LEMAITRE an individual; ALI SPITTEL an individual; and HAN LAI, an individual,<br><br>　　　　　　Defendant. | Case No. 25-2-29550-8 SEA<br><br>**NOTICE OF FILING NOTICE OF REMOVAL** |

TO:　　　　The Clerk of the Court;

AND TO:　　All parties and counsel of record.

　　　　PLEASE TAKE NOTICE that on December 11, 2025, Defendant Amazon Web Services, Inc. ("Defendant") filed its Notice of Removal in the office of the Clerk of the United States Court for the Western District of Washington, removing the instant action from the Superior Court of the State of Washington, in and for the County of King (Case No. 25-2-29550-8 SEA), to the United States District Court for the Western District of Washington, Seattle Division. Defendant removes the case pursuant to 28 U.S.C. §§ 1332, 1333, 1446, 1453. A copy of said Notice of Removal (without exhibits) is attached hereto as **Exhibit A**.

NOTICE OF FILING NOTICE OF REMOVAL - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Because Defendant has taken all steps necessary to effect removal of this case, this Court may not proceed further unless and until the case is remanded by Order of the United States District Court for the Western District of Washington. See 28 U.S.C. § 1446(d). Defendant further certifies that Plaintiff has been notified of this removal and served with a copy of the Notice of Removal.

DATED this 11th day of December, 2025.

                DAVIS WRIGHT TREMAINE LLP
                Attorneys for Defendant Amazon Web Services, Inc.

By */s/ Matthew Jedreski*
    */s/ Sheehan Sullivan*
    */s/ David Rund*
Matt Jedreski, WSBA #50542
Sheehan Sullivan, WSBA #33189
David Rund, WSBA #60862
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
P: 206-622-3150
F: 206-757-7700
Email: mjedreski@dwt.com
Email: sulls@dwt.com
Email: davidrund@dwt.com

NOTICE OF FILING NOTICE OF REMOVAL - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the document to which this certificate is attached to be delivered to the following as indicated:

| Paul J. Boudreaux, WSBA #49038<br>Email: lateknightlegal@gmail.com<br>KNIGHT LEGAL PLLC<br>PO Box 65367<br>University Place, WA  98464<br>P: 253-656-4475 | ☐ Messenger<br>☐ U.S. Mail, postage prepaid<br>☐ Federal Express<br>☐ Facsimile<br>☒ Email<br>☒ ECF |
|---|---|

*Attorneys for Plaintiff*

Declared under penalty of perjury under the laws of the state of Washington dated at Seattle, Washington this 11th day of December, 2025.

*s/ Sarah Gunderson*
Sarah Gunderson, Legal Assistant

NOTICE OF FILING NOTICE OF REMOVAL - 3