**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| JOHN T. YOERGER,<br><br>                  Plaintiff,<br><br>    v.<br><br>AMAZON WEB SERVICES, INC., a Delaware corporation subsidiary of Amazon Inc.; ENRIQUE DUVIOS, an individual; ROMAIN JORDAN, an individual; FELIPE LEMAITRE an individual; ALI SPITTEL an individual; and HAN LAI, an individual,<br><br>                  Defendant. | Case No. 2:25-cv-02536<br><br>**DEFENDANT AMAZON WEB SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF FINANCIAL INTEREST** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, Defendant Amazon Web Services, Inc., through undersigned counsel, certifies the following:

Amazon states that Amazon Web Services, Inc., is a wholly owned indirect subsidiary of parent company Amazon.com, Inc. Amazon Web Services, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of the stock.

Further, Amazon certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Amazon.com Services LLC; and
- Amazon.com, Inc.

Amazon makes these disclosures on behalf of itself and no other party.

DEFENDANT AMAZON WEB SERVICES, INC.'S
CORPORATE DISCLOSURE STATEMENT
AND NOTICE OF FINANCIAL INTEREST - 1

Davis Wright Tremaine LLP
L AW O FFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1 | DATED this 11th day of December, 2025.

2

3 | DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant Amazon Web Services, Inc.*

4

5 | By */s/ Matt Jedreski*
*/s/ Sheehan Sullivan*
6 | */s/ David Rund*
Matt Jedreski, WSBA #50542
7 | Sheehan Sullivan, WSBA #33189
David Rund, WSBA #60862
8 | 920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
9 | P: 206-622-3150
F: 206-757-7700
10 | Email: mjedreski@dwt.com
Email: sulls@dwt.com
11 | Email: davidrund@dwt.com

DEFENDANT AMAZON WEB SERVICES, INC.'S
CORPORATE DISCLOSURE STATEMENT
AND NOTICE OF FINANCIAL INTEREST - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax