1
2
3
4
5

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

6
7

JOHN YOERGER,

8

Plaintiff(s),

9

v.

10
11

AMAZON WEB SERVICES INC et al.,

12
13

Defendant(s).

Case No. 2:25−cv−02536−RSM

**PLAINTIFF'S DEMAND FOR JURY TRIAL**

14

Plaintiff, by and through undersigned counsel, hereby demands a trial by

15

jury on all issues so triable.

16

This demand is made pursuant to Federal Rule of Civil Procedure 38(a) and

17

(b). To the extent applicable, this demand is also made pursuant to Federal Rule of

18

Civil Procedure 81(c)(3), as this action was originally filed in state court and

19
20

DEMAND FOR JURY TRIAL - 1

LATE KNIGHT LEGAL PLLC
PO BOX 65367
University Place WA 98464
253-656-4475

1 | subsequently removed to federal court. Plaintiff expressly preserves and asserts all

2 | jury trial rights existing at the time of removal.

3 |     This demand is further made in accordance with Federal Rule of Civil

4 | Procedure 83 and all applicable Local Civil Rules of this Court governing jury

5 | demands.

6 |     Plaintiff demands a trial by a jury of twelve (12) persons, or such number as

7 | permitted by law.

8 |     DATED this 16Th  day December, 2025.

9 |

10 | LATE KNIGHT LEGAL PLLC

11 |

12 | */s/ Paul Boudreaux*
Paul Boudreaux, WSBA #49038
P.O. Box 65367

13 | University Place, WA 98464
(253) 656-4475

14 | lateknightlegal@gmail.com

15 |

16 | *Attorneys for Plaintiff*

17 |

18 |

19 |

20 |

LATE KNIGHT LEGAL PLLC
PO BOX 65367
University Place WA 98464
253-656-4475