The Honorable Ricardo S. Martinez

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

JOHN T. YOERGER,

               Plaintiff,

   v.

AMAZON WEB SERVICES, INC., a Delaware
corporation subsidiary of Amazon Inc.;
ENRIQUE DUVIOS, an individual; ROMAIN
JORDAN, an individual; FELIPE LEMAITRE
an individual; ALI SPITTEL an individual; and
HAN LAI, an individual,

              Defendant.

Case No. 2:25-cv-02536-RSM

**STIPULATED MOTION FOR
EXTENSION OF TIME FOR
DEFENDANTS TO FILE RESPONSIVE
PLEADING TO COMPLAINT**

NOTED FOR HEARING
**December 16, 2025**

      Plaintiff John T. Yoerger and Defendant Amazon Web Services, Inc., hereby jointly move

for an extension of time for Defendant to file its responsive pleading to Plaintiff's Complaint [ECF

2-2]. The Parties respectfully request that the Court extend the deadline to respond to the

Complaint to December 24, 2025.

      As grounds for this motion, the Parties state that they have met and conferred regarding an

extension and agree that this extension will further the interest of the case as the parties confer to

resolve disputes over the pleadings and Defendant continues to investigate Plaintiff's claims.

Plaintiff and Defendant agree that December 24, 2025, is a reasonable deadline to allow Defendant

to file an answer to the Complaint.

STIPULATED MOTION FOR EXTENSION OF TIME - 1

1    A proposed order is filed in connection with this motion.

2

3    DATED this 16th day of December, 2025.

4                                    DAVIS WRIGHT TREMAINE LLP
                                     *Attorneys for Defendant Amazon Web Services, Inc.*
5

6                                    By */s/ Matthew Jedreski*
7                                        */s/ Sheehan Sullivan*
                                         */s/ David Rund*
8                                        Matt Jedreski, WSBA #50542
                                         Sheehan Sullivan, WSBA #33189
9                                        David Rund, WSBA #60862
                                         920 Fifth Avenue, Suite 3300
10                                       Seattle, WA 98104
                                         P: 206-622-3150
11                                       F: 206-757-7700
                                         Email: mjedreski@dwt.com
12                                       Email: sulls@dwt.com
                                         Email: davidrund@dwt.com
13

14

15                                   KNIGHT LEGAL, PLLC
                                     *Attorneys for Plaintiff John T. Yoerger*
16

17                                   By */s/ Paul J. Bourdreaux*
                                         Paul J. Bourdreaux, WSBA #49038
18                                       P.O. Box 65367
                                         University Place, WA 98464
19                                       P: 253-656-4475
                                         Email: lateknightlegal@gmail.com
20

21

22

23

24

25

26

27

STIPULATED MOTION FOR EXTENSION OF TIME - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax