The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHN T. YOERGER,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON WEB SERVICES, INC., a Delaware corporation subsidiary of Amazon Inc.; ENRIQUE DUVIOS, an individual; ROMAIN JORDAN, an individual; FELIPE LEMAITRE an individual; ALI SPITTEL an individual; and HAN LAI, an individual,<br><br>　　　　　　　Defendant. | Case No. 2:25-cv-02536-RSM<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>[PROPOSED]<br><br>NOTED FOR HEARING<br>**December 16, 2025** |

Pursuant to the Stipulation,

**IT IS SO ORDERED**.

Defendant Amazon Web Services, Inc., shall file its responsive pleadings to the Complaint [ECF 2-2] by December 24, 2025.

DATED this _____ day of _____, 2025.

---
Honorable Ricardo S. Martinez
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant Amazon Web Services, Inc.*


By */s/ Matthew Jedreski*
  */s/ Sheehan Sullivan*
  */s/ David Rund*
  Matt Jedreski, WSBA #50542
  Sheehan Sullivan, WSBA #33189
  David Rund, WSBA #60862
  920 Fifth Avenue, Suite 3300
  Seattle, WA 98104
  P: 206-622-3150
  F: 206-757-7700
  Email: mjedreski@dwt.com
  Email: sulls@dwt.com
  Email: davidrund@dwt.com


KNIGHT LEGAL, PLLC
*Attorneys for Plaintiff John T. Yoerger*


By */s/ Paul J. Bourdreaux*
  Paul J. Bourdreaux, WSBA #49038
  P.O. Box 65367
  University Place, WA 98464
  P: 253-656-4475
  Email: lateknightlegal@gmail.com

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax