# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHN T. YOERGER,<br><br>                Plaintiff,<br><br>    v.<br><br>AMAZON WEB SERVICES, INC., a Delaware corporation subsidiary of Amazon Inc.; ENRIQUE DUVIOS, an individual; ROMAIN JORDAN, an individual; FELIPE LEMAITRE an individual; ALI SPITTEL an individual; and HAN LAI, an individual,<br><br>                Defendant. | Case No. 2:25-cv-02536-RSM<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT** |

Pursuant to the Stipulation, Dkt. #9,

**IT IS SO ORDERED**.

Defendant Amazon Web Services, Inc., shall file its responsive pleadings to the Complaint by December 24, 2025.

DATED this 18th day of December, 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION FOR
EXTENSION OF TIME FOR DEFENDANTS TO FILE
RESPONSIVE PLEADING TO COMPLAINT - 1