Honorable Ricardo S. Martinez

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| JOHN T. YOERGER,<br><br>                    Plaintiff,<br><br>     v.<br><br>AMAZON WEB SERVICES, INC., a Delaware corporation subsidiary of Amazon Inc.; ENRIQUE DUVIOS, an individual; ROMAIN JORDAN, an individual; FELIPE LEMAITRE an individual; ALI SPITTEL an individual; and HAN LAI, an individual,<br><br>                    Defendants. | Case No. 2:25-cv-02536-RSM<br><br>**STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE THE INDIVIDUAL DEFENDANTS ENRIQUE DUVIOS, ROMAIN JORDAN, FELIPE LEMAITRE, ALI SPITTEL, AND HAN LAI**<br><br>Noting Date:  December 19, 2026 |

IT IS HEREBY STIPULATED by and between Plaintiff John T. Yoerger and Defendant Amazon Web Services, Inc. ("Amazon," collectively, the "Parties"), by and through their respective counsel, as follows:

     1.     Plaintiff filed this lawsuit (the "Action") on October 7, 2025, against Amazon as well as against Enrique Duvios, Romain Jordan, Felipe LeMaitre, Ali Spittel, and Han Lai (the "Individual Defendants").

     2.     Plaintiff served Amazon with the Action on November 11, 2025.

     3.     Amazon removed the Action to this Court on December 11, 2025.

     4.     The Individual Defendants have not been served with the Action, nor have they appeared in the Action.

STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE THE INDIVIDUAL DEFENDANTS ENRIQUE DUVIOS, ROMAIN JORDAN, FELIPE LEMAITRE, ALI SPITTEL, AND HAN LAI - 1
(Case No. 2:25-cv-02536-RSM)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

5.   Pursuant to meet-and-confer discussions between counsel for the Parties, Plaintiff agrees to dismiss all claims against the Individual Defendants without prejudice.

6.   The Parties agree that neither Plaintiff nor the Individual Defendants will be deemed prevailing parties for purposes of recovering fees and/or costs. This provision shall have no impact on the status of Amazon or Plaintiff as to the remaining claims.

7.   A proposed order is filed in connection with this motion.

STIPULATED this 19th day of December, 2025.

KNIGHT LEGAL, PLLC
*Attorneys for Plaintiff John T. Yoerger*


By /s/ *Paul J. Bourdreaux*
Paul J. Bourdreaux, WSBA #49038
P.O. Box 65367
University Place, WA 98464
P: 253-656-4475
Email: lateknightlegal@gmail.com


DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant Amazon Web Services, Inc.*


By /s/ *Matthew Jedreski*
/s/ *Sheehan Sullivan*
/s/ *David Rund*
Matt Jedreski, WSBA #50542
Sheehan Sullivan, WSBA #33189
David Rund, WSBA #60862
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
P: 206-622-3150
F: 206-757-7700
Email: mjedreski@dwt.com
Email: sulls@dwt.com
Email: davidrund@dwt.com

STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE THE INDIVIDUAL DEFENDANTS ENRIQUE DUVIOS, ROMAIN JORDAN, FELIPE LEMAITRE, ALI SPITTEL, AND HAN LAI - 2
(Case No. 2:25-cv-02536-RSM)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax