| | |
|---|---|
| 1 | Honorable Ricardo S. Martinez |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JOHN T. YOERGER, | |
| Plaintiff, | Case No. 2:25-cv-02536-RSM |
| v. | **[PROPOSED]** |
| AMAZON WEB SERVICES, INC., a Delaware corporation subsidiary of Amazon Inc.; ENRIQUE DUVIOS, an individual; ROMAIN JORDAN, an individual; FELIPE LEMAITRE an individual; ALI SPITTEL an individual; and HAN LAI, an individual, | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE INDIVIDUAL DEFENDANTS ENRIQUE DUVIOS, ROMAIN JORDAN, FELIPE LEMAITRE, ALI SPITTEL, AND HAN LAI** |
| Defendants. | Noting Date: December 19, 2026 |

Pursuant to the Stipulation,

**IT IS SO ORDERED**.

All claims against Defendants Enrique Duvios, Romain Jordan, Felipe LeMaitre, Ali Spittel, And Han Lai are dismissed from this Action without prejudice.

DATED _____.

---
Honorable Ricardo S. Martinez
United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS
INDIVIDUAL DEFENDANTS ENRIQUE DUVIOS, ROMAIN
JORDAN, FELIPE LEMAITRE, ALI SPITTEL, AND HAN LAI - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**Stipulated / Presented by:**

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant Amazon Web Services, Inc.*

By /s/ *Matthew Jedreski*
   /s/ *Sheehan Sullivan*
   /s/ *David Rund*
   Matt Jedreski, WSBA #50542
   Sheehan Sullivan, WSBA #33189
   David Rund, WSBA #60862
   920 Fifth Avenue, Suite 3300
   Seattle, WA 98104
   P: 206-622-3150
   F: 206-757-7700
   Email: mjedreski@dwt.com
   Email: sulls@dwt.com
   Email: davidrund@dwt.com

**Stipulated / Approved as to Form:**

KNIGHT LEGAL, PLLC
*Attorneys for Plaintiff John T. Yoerger*

By /s/ *Paul J. Bourdreaux*
   Paul J. Bourdreaux, WSBA #49038
   P.O. Box 65367
   University Place, WA 98464
   P: 253-656-4475
   Email: lateknightlegal@gmail.com

---

ORDER GRANTING STIPULATED MOTION TO DISMISS INDIVIDUAL DEFENDANTS ENRIQUE DUVIOS, ROMAIN JORDAN, FELIPE LEMAITRE, ALI SPITTEL, AND HAN LAI - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax