Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHN T. YOERGER,<br><br>                Plaintiff,<br><br>    v.<br><br>AMAZON WEB SERVICES, INC., a Delaware corporation subsidiary of Amazon Inc.; ENRIQUE DUVIOS, an individual; ROMAIN JORDAN, an individual; FELIPE LEMAITRE an individual; ALI SPITTEL an individual; and HAN LAI, an individual,<br><br>                Defendants. | Case No. 2:25-cv-02536-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE INDIVIDUAL DEFENDANTS ENRIQUE DUVIOS, ROMAIN JORDAN, FELIPE LEMAITRE, ALI SPITTEL, AND HAN LAI**<br><br>Noting Date:  December 19, 2026 |

The parties' Stipulated Motion, Dkt. #11, is GRANTED.

**IT IS SO ORDERED**.

All claims against Defendants Enrique Duvios, Romain Jordan, Felipe LeMaitre, Ali Spittel, And Han Lai are dismissed from this Action without prejudice.

DATED <u>December 31, 2025</u>.

_____
Honorable Ricardo S. Martinez
United States District Judge