1

2

3

4

5

6

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

7

8    JOHN T. YOERGER,

   Plaintiff,

9    v.

10   AMAZON WEB SERVICES, INC., et al.,

11   Defendants.

Case No. 2:25-cv-02536-RSM

**JOINT STATUS REPORT AND DISCOVERY PLAN**

12

13        Pursuant to Fed. R. Civ. P. 26(f), Local Civil Rule 26(f), and the Court's

14   Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement

15   (Dkt. 7), Plaintiff John T. Yoerger and Defendant Amazon Web Services, Inc.

16   (collectively, the "Parties") submit the following Joint Status Report and Discovery

17   Plan. The Parties conferred by direct communication as required by Fed. R. Civ. P.

18   26(f) and LCR 26(f).

19

20

# JOINT STATUS REPORT AND DISCOVERY PLAN

**1. *Nature and Complexity of this Case***

    a. **Plaintiff's Position:** This is an employment discrimination and retaliation action arising under federal and Washington law. Plaintiff alleges that Defendants failed to reasonably accommodate his disability, retaliated against him for engaging in protected activity, interfered with his rights under the Family and Medical Leave Act, and subjected him to adverse employment actions culminating in constructive discharge. The case involves analysis of Amazon's performance management systems, accommodation processes, decision-making structures, and communications among multiple managers. The matter will require discovery of extensive electronically stored information and testimony from numerous fact witnesses and experts.

    b. **Defendants' Position:** Defendant denies liability, alleges that it granted Plaintiff all requested accommodations and leaves, and that Plaintiff resigned rather than address performance concerns raised by peers and managers. The matter is neither factually nor legally complex.

1    **2.** *Deadline for Joining Additional Parties*

2          a.  The Parties propose a deadline of no later than ninety (90) days to join

3              additional parties.

4    **3.** *Do the parties consent to assignment of this case to a full time United*

5        *States Magistrate Judge?*

6          a.  No.

7    **4.** *Proposed Discovery Plan*

8          a.  **Initial Disclosures Deadline:** The Parties exchanged initial

9              disclosures on 1/20/2026 pursuant to court order.

10         b.  **Subjects, Timing, and Potential Phasing of Discovery**

11              i.  **Plaintiffs' Position:** Discovery is expected to address, *inter*

12                  *alia*: Plaintiff's employment history; Defendant's

13                  accommodation processes; performance management systems

14                  (including Focus and Pivot); decision-making related to

15                  Plaintiff's evaluations, job duties, and separation; comparator

16                  evidence; internal communications; ESI reflecting policy

17                  development and enforcement; damages; and mitigation. The

18                  Parties do not presently propose formal bifurcation of

19                  discovery.

20

Joint Status Report and Discovery Plan - 3

1

      ii. **Defendant's Position**: Discovery is expected to address, *inter*

2

      *alia*: Plaintiff's employment history; Plaintiff's job duties and

3

      work performance; decision-making related to Plaintiff's

4

      employment; Plaintiff's alleged damages; and Plaintiff's

5

      mitigation efforts.

6

   c. **Electronically Stored Information:** The Parties are prepared to

7

   disclose electronically stored information (ESI) as requested and as

8

   governed by the Federal Rules of Civil Procedure and this Court's

9

   Local Civil Rules. Discovery will include ESI such as emails,

10

   messaging platforms, HR systems, performance management tools,

11

   documents stored on company servers, and metadata. The Parties will

12

   produce ESI in accordance with Fed. R. Civ. P. 34 and LCR 26, and

13

   will confer regarding reasonable search parameters and formats.

14

   d. **Privilege Issues:** The Parties anticipate requesting a Stipulated

15

   Protective Order that includes a provision for clawing back

16

   inadvertently produced privileged material.

17

   e. **Proposed Limitations of Discovery:** The Parties do not propose any

18

   additional limitations on discovery beyond those already provided in

19

   the Federal Rules of Civil Procedure and this Court's Local Civil

20

   Rules. The parties agree to email electronic courtesy copies by email

1      of discovery documents, such that service of paper copies is

2      unnecessary.

3      f. **Discovery Related Orders:** At this time, the Parties do not anticipate

4      the need for any discovery related orders other than an anticipated

5      Stipulated Protective Order to be submitted by the parties.

6   **5.  *LCR 26(f)(1) Items***

7      a. **Prompt Case Resolution:** The Parties have discussed settlement and

8      will continue to do so in accordance with the Federal Rules of Civil

9      Procedure and the Local Civil Rules for the Western District of

10      Washington.

11      b. **Alternative Dispute Resolution:** The Parties will attempt to explore

12      settlement early in the case and will consider voluntary mediation

13      and/or settlement conferences. The Parties believe that Court ordered

14      mediation is unnecessary.

15      c. **Related Cases:** The Parties are not aware of any related cases

16      pending currently.

17      d. **Discovery Management:** The Parties will attempt to resolve disputes

18      among themselves. The Parties will manage discovery to effectuate

19      full disclosure and minimize expense. The Parties will utilize

20

1    expedited or informal discovery resolution mechanisms made

2    available to them by the Court.

3    e.  **Anticipated Discovery Sought:** The Parties anticipate seeking

4    discovery on issues of regarding liability, defenses, comparator

5    employees, damages, mitigation, and expert testimony.

6    f.  **Phasing Motions:** The Parties anticipate dispositive motions

7    following completion of discovery. No additional phasing is proposed.

8    g.  **Any Issues About Preservation of Discoverable Information:** The

9    Parties acknowledge their obligations to preserve relevant information

10    pursuant to Fed. R. Civ. P. 37(e) and are not aware of any related

11    issues.

12    h.  **Claims of Privilege or Protection:** The Parties anticipate requesting

13    a Stipulated Protective Order that includes a provision for clawing

14    back inadvertently produced privileged material.

15    i.  **Electronically Stored Information (ESI):** The Parties anticipate

16    preserving and producing ESI from custodial sources.

17    j.  **Model Protocol for Discovery of ESI:** The Parties do not anticipate

18    any issues with the production of ESI, but will enter a Model Protocol

19    for Discovery of ESI if necessary.

20

k. **Class Action**: The Parties agree that this action will not be tried as a class action. Accordingly, the Parties agree that deadlines or required motions for class action or class action certification do not apply to this matter.

## 6. *Proposed Discovery Cutoff*

a. The Parties can complete discovery by August 28, 2026.

## 7. *Bifurcation*

a. The parties do not presently anticipate requesting bifurcation of trial.

## 8. *Pretrial Statements and Order*

a. The Parties do not propose any changes to the timing or form of the pretrial statements and order under LCivR 16.

## 9. *Shortening or Simplifying the Case*

a. The Parties do not have any other suggestions for shortening or simplifying this case.

## 10. *Suggested Trial Date*

a. The Parties propose the case will be ready for trial by February 15, 2027.

## 11. *Jury Trial or Non-Jury Trial*

a. Plaintiff has submitted a demand for a jury trial.

**12.** *Duration of Trial*

    a.  The Parties anticipate the trial will take place over six to eight days.

**13.** *Trial Counsel*

    Paul J. Boudreaux, WSBA #49038
Late Knight Legal, PLLC
P.O. Box 65367
University Place, WA 98464
Phone: (253) 656-4475
Email: lateknightlegal@gmail.com
**Attorney for Plaintiff**

    Sheehan Sullivan, WSBA #33189
Matt Jedreski, WSBA #50542
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Phone: (206) 622-3150
Email: sulls@dwt.com
Email: mjedreski@dwt.com
**Attorneys for Defendant Amazon Web Services, Inc.**

**14.** *Trial Counsel Scheduling Conflicts*

    a.  **Counsel for Plaintiff:** Plaintiff's counsel has a trial date in the Eastern District of Washington Starting in January of 2027.

    b.  **Counsel for Defendants:** Defense counsel has trial conflicts or scheduled personal matters on the following dates:

        i.  October 12-November 12, 2026;

        ii.  November 30-December 15, 2026;

        iii.  December 21-31, 2026;

**15.** *Service*

    a. Plaintiff completed service on Defendant AWS. All other named defendants were dismissed without prejudice. No other parties are anticipated to be served at this time.

**16.** *Scheduling Conference*

    a. The Parties do not request a scheduling conference before the Court enters a scheduling order.

**17.** *Corporate Disclosure Statements*

    a. Each Plaintiff is an individual and is thus not obligated to file a Corporate Disclosure Statement. Defendant AWS filed a Corporate Disclosure Statement on December 11, 2025, ECF No. 005.

///

///

///

///

///

///

Joint Status Report and Discovery Plan - 9

1

      DATED this 27th day January, 2026.

2

3     LATE KNIGHT LEGAL PLLC

4    *By  /s/ Paul Boudreaux*

5    Paul Boudreaux, WSBA #49038
     P.O. Box 65367
6    University Place, WA 98464
     (253) 656-4475
7    Email: lateknightlegal@gmail.com

8    *Attorneys for Plaintiffs*

9

10   DAVIS WRIGHT TREMAINE LLP

11   By /s/ *Matthew Jedreski*
     By  /s/ *Sheehan Sullivan*

12

     Matt Jedreski, WSBA #50542
13   Sheehan Sullivan, WSBA #33189
     920 Fifth Avenue, Suite 3300
14   Seattle, WA 98104-1610
     P: 206-622-3150
15   F: 206-757-7700
     Email: mjedreski@dwt.com
16   Email: sulls@dwt.com

17   *Attorneys for Defendant Amazon Web Services, Inc.*

18

19

20

Joint Status Report and Discovery Plan - 10