Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHN T. YOERGER,<br><br>               Plaintiff,<br><br>  vs.<br><br>AMAZON WEB SERVICES, INC., a Delaware corporation subsidiary of Amazon Inc.; ENRIQUE DUVIOS, an individual; ROMAIN JORDAN, an individual; FELIPE LEMAITRE an individual; ALI SPITTEL an individual; and HAN LAI, an individual,<br><br>               Defendants. | Case No. 2:25-cv-02536-RSM<br><br>**NOTICE OF WITHDRAWAL**<br><br>*(Clerk's Action Required)* |

TO:         The Clerk of the Court;

AND TO:    All Parties and Counsel of Record.

PLEASE TAKE NOTICE that David Rund of Davis Wright Tremaine LLP hereby withdraws as attorney for Amazon Web Services, Inc. in the above-entitled action.

Matthew Jedreski and Sheehan Sullivan of Davis Wright Tremaine LLP will continue to represent Amazon Web Services, Inc. in this action.

DATED this 9th day of February, 2026.

**WITHDRAWING AS COUNSEL:**

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant Amazon Web Services, Inc.*

By */s/ David Rund*

NOTICE OF WITHDRAWAL - 1

David Rund, WSBA #60862
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
P: 206-622-3150
F: 206-757-7700
Email: davidrund@dwt.com

**CONTINUING AS COUNSEL:**

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant Amazon Web Services, Inc.*

By */s/ Matthew Jedreski*
   */s/ Sheehan Sullivan*
   Matthew Jedreski, WSBA #50542
   Sheehan Sullivan, WSBA #33189
   920 Fifth Avenue, Suite 3300
   Seattle, WA 98104-1610
   P: 206-622-3150
   F: 206-757-7700
   Email: mjedreski@dwt.com
   Email: sulls@dwt.com

NOTICE OF WITHDRAWAL - 2