UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN T. YOERGER,

                    Plaintiff,

        v.

AMAZON WEB SERVICES, INC.,

                    Defendant.

Case No. C25-2536-RSM

ORDER DENYING STIPULATED
MOTION FOR PROTECTIVE
ORDER

This matter comes before the Court on the parties' Stipulated Motion for Protective Order, Dkt. #17.

"The court may enter a proposed stipulated protective order as an order of the court if it adequately and specifically describes the justification for such an order, it is consistent with court rules, it does not purport to confer blanket protection on all disclosures or responses to discovery, its protection from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment under the applicable legal principles, and it does not presumptively entitle the parties to file confidential information under seal." LCR 26(c)(2).

The Court finds that the proposed Protective Order does not conform to the above requirements. The parties list the following as confidential material:

> (1) personal and private information regarding Plaintiff, Defendant's employees, contractors, vendors, and customers, including personal health information, current and former street addresses for natural persons, social security numbers, telephone numbers, email addresses, dates of birth, driver's license numbers, account

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER - 1

numbers, maiden names, passwords, and healthcare records; (2) the parties' financial, banking, tax, or business information not subject to public disclosure, including payroll records and other records such as a party or non-party's bank account, tax records, and financial information reflecting wealth or earnings; (3) employee files and records pertaining to any party or non-party including materials containing employee leave requests and related communications, employee accommodation requests, and related communications; (4) proprietary or confidential technological, business, security, or product-related information, which constitute trade secrets or non-publics, competitively sensitive information, the disclosure of which could reasonably be expected to harm a party's competitive position or its existing or prospective customer, client, or investor relationships.

Dkt. #17 at 2.

Under the section entitled "Confidential Material," the model protective order instructs: "[t]he parties must include a list of specific documents such as 'company's customer list' or 'plaintiff's medical records;' do not list broad categories of documents such as 'sensitive business material.'" While the parties' lengthy list includes some proper materials, the parties' inclusion of categories such as "personal and private information," "business information," and "proprietary or confidential technological, business, security, or product-related information" are just the type of vague and all-encompassing examples that the model protective order instructs against. The Court does not wish to waste time denying motions to seal a wide variety of standard business documents or non-confidential materials essential to the case at hand. The parties submit no argument justifying this departure from the model protective order's guidelines. Accordingly, this Motion will be denied.

Having reviewed the instant Motion and remainder of the record, the Court hereby finds and ORDERS that the parties' Stipulated Motion for Protective Order, Dkt. #17, is DENIED.

Dated this 30th day of June, 2026.

Ricardo S. Martinez
United States District Judge

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER - 2