Honorable Ricardo S. Martinez

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| JOHN T. YOERGER,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES, INC., a Delaware corporation subsidiary of Amazon Inc.; ENRIQUE DUVIOS, an individual; ROMAIN JORDAN, an individual; FELIPE LEMAITRE an individual; ALI SPITTEL an individual; and HAN LAI, an individual,<br><br>Defendants. | Case No. 2:25-cv-02536-RSM<br><br>**STIPULATED DISMISSAL WITH PREJUDICE**<br><br>Noting Date: October 22, 2026 |

IT IS HEREBY STIPULATED by and between Plaintiff John T. Yoerger and Defendant Amazon Web Services, Inc. ("Amazon," collectively, the "Parties"), by and through their respective counsel, that the above-captioned action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties further agree to bear their own fees and costs associated with this matter.

/ / /

/ / /

/ / /



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

STIPULATED this 22nd day of October, 2026.

KNIGHT LEGAL, PLLC
*Attorneys for Plaintiff John T. Yoerger*

By /s/ *Paul J. Bourdreaux*
Paul J. Bourdreaux, WSBA #49038
P.O. Box 65367
University Place, WA 98464
P: 253-656-4475
Email: lateknightlegal@gmail.com

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant Amazon Web Services, Inc.*

By /s/ *Matthew Jedreski*
Matt Jedreski, WSBA #50542
Sheehan Sullivan, WSBA #33189
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
P: 206-622-3150
F: 206-757-7700
Email: mjedreski@dwt.com
Email: sulls@dwt.com