UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN T. YOERGER,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES, INC., *et al.*,<br><br>Defendants. | Case No. C25-2536-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS |

This matter comes before the Court on the parties' Stipulated Motion to Dismiss. Dkt. #19. The parties stipulate to dismiss this matter with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and agree to bear their own associated fees and costs. *Id.*

Accordingly, having considered the instant Stipulated Motion and remainder of the record, the Court hereby finds and ORDERS that the parties' Stipulated Motion to Dismiss, Dkt. #19, is GRANTED. This matter is DISMISSED with prejudice, with each party to bear their own associated fees and costs. This case is CLOSED.

DATED this 30th day of October, 2026.

Ricardo S. Martinez
United States District Judge